IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Hung Ba Nguyen,

Petitioner,

v.

David R Rivas,

Respondent.

No. CV-26-01580-PHX-SHD (ASB)

**ORDER**

Petitioner Hung Ba Nguyen filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  Petitioner alleged Respondents revoked his order of supervision without notice and his removal is unlikely to occur in the reasonably foreseeable future.  As a result, he argued he was entitled to release from custody.  The Court directed Respondents to respond to the Petition.

Respondents' response indicates that Petitioner previously filed a § 2241 petition, No. CV-25-4748-SHD (ASB), challenging his immigration detention.  That Petition (which was filed by counsel) was granted, and Petitioner was released from custody on March 6, 2026.  Because Petitioner has been released from custody, his current petition is moot and will be dismissed.  *See Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

///

///

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 18th day of March, 2026.

Honorable Sharad H. Desai
United States District Judge